IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAVELL D. FLY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3134 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH A. MARSHALL and | ) | ORDER |
| COMMAND CENTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 31). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 7th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court